# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 10/21/2015

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/21/2015 10:02:08 AM
CHRISTOPHER A. PRINE
Clerk

TO:      1ST COURT OF APPEALS

From:    **Deputy Clerk: IRMA MEDINA**
         **Chris Daniel, District Clerk**
         **Harris County, T E X A S**

**CAUSE:**   2011-49521

**VOLUME** ____  **PAGE** ____   **OR**   **IMAGE #** 66856660

**DUE** 9/12/2015       **ATTORNEY** 1250700

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** 1ST

**DATE ORDER SIGNED:** 8/21/2015

**REQUEST FOR FINDINGS OF FACT FILED:** N/A

**REQUEST TRANSCRIPT DATE FILED** N/A

**NOTICE OF APPEAL DATE FILED** 9/1/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 10
**FILE ORDERED: YES** ☐ **NO** ☒ **IMAGED FILED: YES** ☒ **NO** ☐

**CODES FOR NOTICE OF APPEAL: D, OA**

CHRIS DANIEL
Harris County, District Clerk

By: _/s/IRMA MEDINA_
        **IRMA MEDINA, Deputy**

BC    **NOTICE OF APPEAL FILED**
BG    **NOTICE OF APPEAL FILED – GOVERNMENT**
C     **JUDGMENT BEING APPEALED**
D -   **ACCELERATED APPEAL**
OA    **NO CLERK'S RECORD REQUEST FILED**
O     **CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL**)
NA    **AMENDED NOTICE OF APPEAL**

CAUSE NO. 2011-49521

| | | |
|---|---|---|
| MONICA HANKINS | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| VS. | § | |
| | § | OF HARRIS COUNTY TEXAS |
| ARNOLD BROWN D/B/A ARNOLD BROWN | § | |
| CONSTRUCTION COMPANY AND EMBRY | § | |
| CARTER DBA W C ROOFING | § | 189TH JUDICIAL DISTRICT |

## DEFENDANT'S NOTICE OF APPEAL OF AN INTERLOCUTORY ORDER

Defendant **ARNOLD BROWN D/B/A ARNOLD BROWN CONSTRUCTION COMPANY** files this Notice of Appeal od an Interlocutory Order and would respectfully show the following:

### A. Introduction

1. Plaintiff is **MONICA HANKINS**.
2. Defendant is **ARNOLD BROWN D/B/A ARNOLD BROWN CONSTRUCTION COMPANY** .

### B. Facts

3. After a hearing on the Defendant's Motion to Set Aside Order dated September 23, 2014, the court signed an interlocutory order denying the Motion on August 21, 2015.

Defendant **ARNOLD BROWN D/B/A ARNOLD BROWN CONSTRUCTION COMPANY** is appealing the interlocutory order.

### C. Notice of Appeal

4. Defendant filed this Notice of appeal on September 1, 2015. Defendant is filing this notice within thirty days of the order.

By: _____
Theadore R. Andrews
State Bar No. 01250700
5177 Richmond Avenue, Suite 1275
Houston, Texas 77056
713-960-0550 Phone
713-960-0555 Fax
**ATTORNEY FOR DEFENDANT**
**ARNOLD BROWN D/B/A**
**ARNOLD BROWN CONSTRUCTION COMPANY**

# CERTIFICATE OF SERVICE

I, Theadore R. Andrews, hereby certify that a true and correct copy of the foregoing instrument was served upon all interested parties on this 1st day of September, 2015, in accordance with the Texas Rules of Civil Procedure and the Texas Rules of Appellate Procedure.

Theadore R. Andrews

**CAUSE NO. 2011-49521**

| | | |
|---|---|---|
| MONICA HANKINS | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| VS. | § | |
| | § | OF HARRIS COUNTY TEXAS |
| ARNOLD BROWN D/B/A ARNOLD BROWN | § | |
| CONSTRUCTION COMPANY AND EMBRY | § | |
| CARTER DBA W C ROOFING | § | 189TH JUDICIAL DISTRICT |

## ORDER

ON THIS 10TH DAY OF APRIL, 2015, after considering the ARNOLD BROWN'S

MOTION TO SET ASIDE THE ORDER DATED SEPTEMBER 27, 2013, the response, and

arguments of counsel the Court

DENIES ARNOLD BROWN'S MOTION TO SET ASIDE THE ORDER DATED

SEPTEMBER 27, 2013.

SIGNED this _____ day of AUG 2 1 2015 _____, 2015.

_____
JUDGE PRESIDING

**APPROVED AS TO FORM:**

_____
THEADORE R. ANDREWS
Attorney at Law
SBN: 01250700
5177 Richmond Avenue, Ste. 1275
Houston, TX 77056
(713) 960-0550 Telephone
(713) 960-0555 Facsimile
ATTORNEY FOR DEFENDANT,
ARNOLD BROWN

```
JU2FN (NSD#)     JUSTICE INFORMATION MANAGEMENT SYSTEM     OCT 21, 2015(C1)
INT6510                   CIVIL CASE INTAKE               OPT: _____  -  INT
                       GENERAL PARTY INQUIRY             PAGE:   1  -    1

CASE NUM: 201149521__ PJN> __  TRANS NUM: _____ CURRENT COURT: 189 PUB? _
CASE TYPE: CONTRACT                         CASE STATUS: READY DOCKET
STYLE: HANKINS, MONICA                 VS BROWN, ARNOLD (DBA ARNOLD BROWN C
=============================================================================
                      **** ACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR         PERSON NAME             PTY    ASSOC. ATTY
  NUM   NUMBER                                           STAT
_    00002-0003 XPL          BROWN, ARNOLD (DBA ARNOLD BROW
_    00002-0002 XPL 01250700 BROWN, ARNOLD (DBA ARNOLD BROW    ANDREWS, THEA
_    00001-0003 XDF          HANKINS, MONICA
_    00001-0002 XDF          HANKINS, MONICA
_    00003-0001 DEF 19764280 CARTER, EMBRY (DBA W C ROOFING    TELFAIR, OSCA
_    00002-0001 DEF 01250700 BROWN, ARNOLD (DBA ARNOLD BROW    ANDREWS, THEA
_    00001-0001 PLT 16350000 HANKINS, MONICA                   PROCTOR, TERR


==> (7) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```